CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 05 2018

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DANA O'DELL and KATHY O'DELL, <u>on behalf of themselves and all similarly situated individuals</u>, | ) ) ) ) |
| Plaintiffs, | ) Case No. 7:17-cv-00467 ) |
| v. | ) By: Hon. Michael F. Urbanski ) Chief United States District Judge |
| BANK OF AMERICA, N.A. | ) ) ) |
| Defendant. | ) |

## ORDER

The parties to this case have filed a Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that this matter is **DISMISSED with prejudice** as to the named plaintiffs, **DISMISSED without prejudice** as to the putative class, and **STRICKEN** from the active docket of the court.

The Clerk shall send a copy of this Order to all counsel of record.

Entered: 01-04-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge